

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2019

No. 04-18-00758-CV

Michelle **NINO**, Individually and as Personal Representative of the Estate of Robert Nino, Deceased; Julyssa Sixx Nino; Robert Nino Jr.; and Alyssa Nikki Nino,
Appellants

v.

**PRIMORIS ENERGY SERVICES CORPORATION** D/B/A Primoris Pipeline,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-12-12787-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellants' brief was originally due November 30, 2018; however, the court granted an extension of time until December 31. Appellants have filed a motion asking for an additional thirty day extension of time to file the brief.

We **grant the motion** and **order** appellants' brief due **January 30, 2019**. The court does not ordinarily grant extensions of more than sixty days beyond the original due date. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court